# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| MICHAEL WADE PHILLIPS, | : | |
| Plaintiff, | : | 1:13-CV-68 (WLS) |
| v. | : | |
| Warden J. JEANES, et. al., | : | |
| Defendants. | : | |

## ORDER

Before the Court is a Recommendation of Dismissal from United States Magistrate Judge Thomas Q. Langstaff, filed September 13, 2013. (Doc. 20.) Plaintiff filed the above-captioned matter pursuant to 42 U.S.C. § 1983. Judge Langstaff recommends that Plaintiff's Complaint (Doc. 15) be dismissed against Warden Jeanes and be permitted to proceed against Officers Richardson, Curry, and Lewis. No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on September 27, 2013. (*See* Doc. 20 at 4-5; Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation of Dismissal (Doc. 20) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Therefore, Plaintiff's Complaint (Doc. 15) is **DISMISSED** as against Warden Jeanes. Plaintiff may proceed with his Complaint against Officers Richardson, Curry, and Lewis.

**SO ORDERED**, this   7th   day of October, 2013.

2

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**